USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MING HOM, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

        -against-

VALE, S.A., MURILO PINTO DE OLIVEIRA FERREIRA, and LUCIANO SIANI PIRES,

                    Defendants.
-----------------------------------------------------------------X

1:15-cv-9539-GHW
1:16-cv-658-GHW

ORDER

-----------------------------------------------------------------X
VALLI T. CHIN, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

        -against-

VALE S.A., MURILO PINTO DE OLIVEIRA FERREIRA, LUCIANO SIANI PIRES, and PETER POPPINGA

                    Defendants.
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On February 5, 2016, members of the purported class in *Hom v. Vale, S.A., et. al*, 1:15-cv-9359, filed motions to serve as lead plaintiff and to consolidate the above-captioned actions. Responses to the motions may be filed no later than February 16, 2016. Replies, if any, may be filed no later than February 22, 2016.

      SO ORDERED.

Dated: February 8, 2016
New York, New York

                                      GREGORY H. WOODS
                                    United States District Judge