USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                 :

IN RE: VALE S.A. SECURITIES LITIGATION   :      1:15-cv-9539-GHW

                                                 :           ORDER

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       The parties have informed the Court that they have reached an agreement in principle to settle this case. Therefore, all pending deadlines in this case are adjourned. The parties are directed to submit a motion to approve the proposed settlement and any supporting papers no later than January 24, 2020.

       SO ORDERED.

Dated: December 26, 2019                                _____
New York, New York                                      GREGORY H. WOODS
                                                       United States District Judge