USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                           :

IN RE: VALE S.A. SECURITIES LITIGATION   :      1:15-cv-9539-GHW

                                                           :             <u>ORDER</u>

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       On February 7, 2020, Lead Plaintiffs submitted a motion to approve a proposed settlement and approval notice to the settlement class. Dkt No. 183. The Court will hold a telephone conference to discuss the proposed motion on February 13, 2020 at 3 p.m. The parties are directed to call Chambers (212-805-0296) with all parties on the line.

       SO ORDERED.

Dated: February 10, 2020
New York, New York

                                                 GREGORY H. WOODS
                                            United States District Judge