USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/21/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMORANDUM ENDORSED**

In re: Vale S.A. Securities Litigation

Case No. 15 Civ. 09539 (GHW)

Consolidated with Case No. 16 Civ. 00658 (GHW)

CLASS ACTION

### ORDER CONFIRMING THAT FINAL SETTLEMENT HEARING SCHEDULED FOR JUNE 10, 2020 WILL BE CONDUCTED BY TELEPHONE

Lead Plaintiffs requested in a letter dated April 21, 2020 (ECF No. 194) that the Court issue an order confirming that the final settlement hearing in this securities class action will be conducted telephonically in accordance with the Court's Emergency Individual Rules and Practices in Light of Covid-19. Lead Plaintiffs further requested that the order provide that Lead Plaintiffs will publish on the home page of the settlement website, www.ValeSecuritiesLitigation.com, and on Lead Counsel's website at www.blbglaw.com/cases/vale-sa the call-in information to participate in the telephonic hearing. Having considered Lead Plaintiffs' request, and good cause appearing therefor, the Court grants the requested.

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing to consider final approval of the Settlement in this Action, approval of the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, and related matters (the "Hearing") scheduled for June 10, 2020 at 4:00 p.m. will be conducted by telephone at the date and time previously scheduled.

- 2 -

2. Lead Counsel shall arrange for a conference call facility for the Hearing, which can be accessed by dialing 1-888-748-9073 (toll-free, within the U.S.) or 1-408-419-1715 (anywhere) and using Meeting ID: 751 961 218.

3. Lead Counsel shall notify Settlement Class Members of the call-in number to participate in the Hearing by publishing a prominent notice on the home page of the settlement website, www.ValeSecuritiesLitigation.com, and on Lead Counsel's website at www.blbglaw.com/cases/vale-sa. If any objections to the Settlement are received, Lead Counsel shall directly notify the objectors of the access information for the Hearing.

4. Lead Counsel shall initiate a call to the Court at the time of the Hearing, and provide the Court with a "roll-call" of all attorneys (and any Settlement Class Members) who will appear on the record.

SO ORDERED this __21st__ day of __April__, 2020.

_____
The Honorable Gregory H. Woods
United States District Judge

#1375410